■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. THOMPSON, Appellant. [988 NYS2d 889]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered October 18, 2011, convicting him of assault in the first degree, assault in the second degree (two counts), and criminal possession of a weapon in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of as-

sault in the first degree and assault in the second degree beyond a reasonable doubt (*see* Penal Law §§ 120.05 [1]; 120.10 [1]; *People v Crawford*, 200 AD2d 683 [1994]; *Matter of Patrick W.*, 166 AD2d 652, 653 [1990]). Moreover, upon our independent review of the evidence pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt on those counts was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]; *People v Seymore*, 106 AD3d 1033 [2013]). The evidence of the complainant's laceration, internal bleeding discovered upon exploratory surgery, treatment in the intensive care unit, and permanent scarring, as well as the complainant's trial testimony about his persistent pain, were sufficient to establish that he sustained "serious physical injury" (Penal Law §§ 10.00 [10]; 120.05 [1]; 120.10 [1]). Rivera, J.P., Hall, Sgroi and Maltese, JJ., concur.